UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:17-CV-00285-MOC

| | |
|---|---|
| DEBRA HALL, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| ANDREW M. SAUL, **Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney Fees Under Section 406(b) of the Social Security Act (#20). Having considered the motion, and counsel's representation that the Commissioner does not oppose it, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for Plaintiff's Motion for Attorney Fees Under Section 406(b) of the Social Security Act (#20) is **GRANTED**, and the Commissioner shall pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $9,627.40, sent to her office at Arrowood and Hall, PLLC, P.O. Box. 58129, Raleigh, North Carolina 27658. Upon receipt, Plaintiff's counsel **SHALL** remit the previously awarded EAJA fees of $3,500.00 to Plaintiff, as it is the lesser of two fees. Upon payment of these sums, this case is **DISMISSED WITH PREJUDICE.**

Signed: March 26, 2020

Max O. Cogburn Jr
United States District Judge